# SUPREME COURT OF PENNSYLVANIA

135 A.3d 582–588

| | | | |
|---|---|---|---|
| Com. v. Akoi . . . . . . . | 03/23/2016 687 EAL (2015) | Denied | Pa.Super., 105 A.3d 784 |
| Com. v. Anglade . . . . | 03/30/2016 894 MAL (2015) | Denied | Pa.Super., 134 A.3d 485 |
| Com. v. Barry-Gibbons . . . . . . . . . . . . | 03/23/2016 491 WAL (2015) | Denied | Pa.Super., 134 A.3d 498 |
| Com. v. Birk [1] . . . . . . | 03/30/2016 724 MAL (2015) | Denied | Pa.Super., 122 A.3d 1124 |
| Com. v. Blackwell . . | 03/30/2016 820 MAL (2015) | Denied | Pa.Super., 134 A.3d 90 |
| Com. v. Blake . . . . . . | 03/23/2016 471 WAL (2015) | Denied | Pa.Super., 134 A.3d 479 |
| Com. v. Brown . . . . . | 03/23/2016 451 WAL (2015) | Denied | Pa.Super., 134 A.3d 484 |
| Com. v. Bullock . . . . | 03/30/2016 709 EAL (2015) | Denied | Pa.Super., 133 A.3d 74 |
| Com. v. Butler [2] . . . . | 03/23/2016 674 EAL (2015) | Denied | Pa.Super., 134 A.3d 488 |

1. Reconsideration Denied May 10, 2016.

2. Justice DONOHUE did not participate in the consideration or decision of this matter.